# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| BANDSPEED, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>QORVO, INC.<br><br>    Defendant. | Civil Action No. 5:21-CV-00086-RWS-CMC<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO RESET SCHEDULING CONFERENCE

Plaintiff Bandspeed, LLC ("Bandspeed") and Defendant Quorvo, Inc. ("Quorvo") (together, the "Parties") jointly move the Court to reset the Scheduling Conference at the Court's earliest convenience after January 17, 2022. The Scheduling Conference is currently set for December 16, 2021. *See* Dkt. No. 19.

Since the inception of this case, the Parties have met and conferred numerous times regarding fully resolving this matter. Good cause exists to extend the Scheduling Conference, and deadlines which run off of the Scheduling Conference, so that the Parties can continue to meet and confer to attempt to fully resolve this matter.

The requested extension is not sought for the purposes of delay, but so that the time and resources of the Court and the Parties are preserved. For all these reasons, the Parties jointly request that the Court reset the Scheduling Conference at the Court's earliest convenience after January 17, 2022.

Respectfully submitted,

| | |
|---|---|
| */s/ Adam G. Price* | */s/ Jennifer H. Doan* |
| Adam G. Price | Jennifer H. Doan |
| Texas State Bar No. 24027750 | Texas Bar No. 08809050 |
| Christopher V. Goodpastor | HALTOM & DOAN |
| Texas State Bar No. 00791991 | 6500Summerhill Road, Suite 100 |
| Gregory S. Donahue | Texarkana, TX 75503 |
| Texas State Bar No. 24012539 | Telephone: 903.255.1000 |
| DINOVO PRICE LLP | Facsimile: 903.255.0800 |
| 7000 N. MoPac Expressway | Email: jdoan@haltomdoan.com |
| Suite 350 | |
| Austin, Texas 78731 | Andrew N. Thomases (Cal. Bar No. 177339) |
| Telephone: (512) 539-2626 | (Eastern District of Texas Member) |
| Facsimile: (512) 539-2627 | andrew.thomases@ropesgray.com |
| cgoodpastor@dinovoprice.com | James L. Davis, Jr. (Cal. Bar No. 304830) |
| aprice@dinovoprice.com | (Eastern District of Texas Member) |
| gdonahue@dinovoprice.com | james.l.davis@ropesgray.com |
| | Daniel W. Richards (Cal. Bar No. 280595) |
| **ATTORNEYS FOR PLAINTIFF** | (Eastern District of Texas Member) |
| **BANDSPEED, LLC** | daniel.richards@ropesgray.com |
| | ROPES & GRAY LLP |
| | 1900 University Avenue, 6th Floor |
| | East Palo Alto, California 94303 |
| | Tel.:   (650) 617-4000 |
| | Fax:   (650) 617-4090 |
| | |
| | **ATTORNEYS FOR DEFENDANT** |
| | **QORVO, INC.** |

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Plaintiff and Counsel for Defendant met and conferred regarding the requested relief on December 7, 2021. The Parties jointly move the Court for the requested relief.

*/s/ Jennifer H. Doan*
Jennifer H. Doan

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service, on this 7th day of December, 2021.

                                        */s/ Jennifer H. Doan*
                                        Jennifer H. Doan