UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| BANDSPEED, LLC,<br><br>       Plaintiff,<br><br>vs.<br><br>QORVO, INC.<br><br>       Defendant. | Civil Action No. 5:21-CV-00086-RWS-CMC<br><br>**JURY TRIAL DEMANDED** |

**AGREED MOTION TO RESET
SCHEDULING CONFERENCE AND STAY DEADLINES**

Plaintiff Bandspeed, LLC ("Bandspeed") and Defendant Qorvo, Inc. ("Qorvo") (together, the "Parties") jointly move the Court to reset the Scheduling Conference at the Court's earliest convenience after April 19, 2022, and to stay the deadlines set forth in the Court's Docket Control Order. *See* Dkt. No. 29. The Scheduling Conference is currently set for March 8, 2022. *See* Dkt. No. 28.

Since the inception of this case, the Parties have met and conferred numerous times regarding fully resolving this matter. In working to fully resolve this matter, the Parties have continued to narrow the remaining issues between them. Good cause exists to reset the Scheduling Conference and stay the Docket Control Order's deadlines, so that the Parties can continue to meet and confer in an attempt to fully resolve this matter, thus preserving both the Court's and the Parties' time and resources. Should this matter not fully resolve and the Scheduling Conference becomes necessary, the Parties will jointly submit a newly proposed Docket Control Order for the Court's consideration in advance of the reset Scheduling Conference.

The requested extension is not sought for the purposes of delay, but so that the time and

resources of the Court and the Parties are preserved. For all these reasons, the Parties jointly request that the Court enter the attached Proposed Order to reset the Scheduling Conference at the Court's earliest convenience on or after April 19, 2022, and to stay the deadlines set forth in the Court's Docket Control Order [Dkt. No. 29].

Respectfully submitted,

| | |
|---|---|
| */s/ Adam G. Price* | */s/ Jennifer H. Doan* |
| Adam G. Price | Jennifer H. Doan |
| Texas State Bar No. 24027750 | Texas Bar No. 08809050 |
| Christopher V. Goodpastor | J. Randy Roeser |
| Texas State Bar No. 00791991 | Texas Bar No. 24089377 |
| Gregory S. Donahue | HALTOM & DOAN |
| Texas State Bar No. 24012539 | 6500Summerhill Road, Suite 100 |
| DINOVO PRICE LLP | Texarkana, TX 75503 |
| 7000 N. MoPac Expressway | Telephone: 903.255.1000 |
| Suite 350 | Facsimile: 903.255.0800 |
| Austin, Texas 78731 | Email: jdoan@haltomdoan.com |
| Telephone: (512) 539-2626 | Email: rroeser@haltomdoan.com |
| Facsimile: (512) 539-2627 | |
| cgoodpastor@dinovoprice.com | Andrew N. Thomases (Cal. Bar No. 177339) |
| aprice@dinovoprice.com | (Eastern District of Texas Member) |
| gdonahue@dinovoprice.com | andrew.thomases@ropesgray.com |
| | James L. Davis, Jr. (Cal. Bar No. 304830) |
| **ATTORNEYS FOR PLAINTIFF** | (Eastern District of Texas Member) |
| **BANDSPEED, LLC** | james.l.davis@ropesgray.com |
| | Daniel W. Richards (Cal. Bar No. 280595) |
| | (Eastern District of Texas Member) |
| | daniel.richards@ropesgray.com |
| | ROPES & GRAY LLP |
| | 1900 University Avenue, 6th Floor |
| | East Palo Alto, California 94303 |
| | Tel.:    (650) 617-4000 |
| | Fax:    (650) 617-4090 |
| | |
| | **ATTORNEYS FOR DEFENDANT** |
| | **QORVO, INC.** |

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Plaintiff and Counsel for Defendant met and conferred regarding the requested relief on March 1, 2022. The Parties jointly move the Court for the requested relief.

*/s/ Brady Cox*
Brady Cox

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service, on this 1st day of March, 2022.

*/s/ Jennifer H. Doan*
Jennifer H. Doan