UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| BANDSPEED, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> QORVO, INC. <br><br> Defendant. | Civil Action No. 5:21-CV-00086-RWS-CMC <br><br> **JURY TRIAL DEMANDED** |

**ORDER**

Before the Court is the Parties' Agreed Motion to Reset Scheduling Conference and Stay Deadlines (Dkt. No. 33). Being well-advised that it is agreed, and having fully considered the Motion, the Court is of the opinion that the Motion should be **GRANTED**.

It is therefore **ORDERED** that the Scheduling Conference is reset for 10:00 a.m. on **April 20, 2022**.

It is further **ORDERED** that the deadlines set forth in the Court's Docket Control Order [Dkt. No. 29] are hereby stayed. The Parties shall submit a newly proposed Docket Control Order for the Court's consideration seven (7) days prior to the Scheduling Conference.

**SIGNED this 2nd day of March, 2022.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE

**ORDER** – Solo Page